IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BOBBY O.,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:23-CV-2735-L-BV** |
| | § | |
| **MICHELLE KING, ACTING** | § | |
| **COMMISSIONER OF THE SOCIAL** | § | |
| **SECURITY ADMINISTRATION,** | § | |
| | § | |
| Defendant. | § | |

## ORDER

On February 6, 2025, the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") (Doc. 16) was entered, recommending that the court reverse the decision of the Acting Commissioner of the Social Security Administration (the "Commissioner"); and remand this social security appeal for further administrative proceedings consistent with the Report. No objections to the Report were filed.

After considering the pleadings, file, record, and Report, the court determines that the magistrate judge's findings and conclusions are correct, and **accepts** them as those of the court. Accordingly, the Commissioner's decision is **reversed**, and this case is **remanded** for further administrative proceedings consistent with the findings and conclusions set forth in the Report.

**It is so ordered** this 21st day of February, 2025.

_____
Sam A. Lindsay

**Order – Solo Page**

United States District Judge

Order – Solo Page